```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FORT SMITH DIVISION
```

MARJORIE A. CREAMER                                    PLAINTIFF

v.                          Case No. 12-2313

BRANDON DEHART                                         DEFENDANT

## JUDGMENT

For reasons set forth in the Order filed concurrently herewith, Defendant's Motion to Dismiss (doc. 20) is GRANTED, and Plaintiff's Motion(s) for Summary Judgment (docs. 22, 26-28) are DENIED.  Plaintiff's Complaint (doc. 1) is DISMISSED WITH PREJUDICE.  **The parties have thirty days from entry of this judgment on the docket in which to appeal**.

IT IS SO ORDERED this 15th day of May 2013.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge