IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MARJORIE A. CREAMER                                                    PLAINTIFF

v.                              Case No. 12-2313

BRANDON DEHART                                                         DEFENDANT

### ORDER

    Now on this 15th day of May 2013, there comes on for consideration the report and recommendation filed herein on March 5, 2013, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 25). Also before the Court are additional pleadings filed by Plaintiff that the Court construes as supplements to her Motion for Summary Judgment and objections to the report and recommendation (docs. 26-28).

    The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion to Dismiss (doc. 20) is GRANTED, and Plaintiff's Motion(s) for Summary Judgment (docs. 22, 26-28) are DENIED.  Plaintiff's Complaint (doc. 1) is DISMISSED WITH PREJUDICE.

    IT IS SO ORDERED.

                                         /s/ Robert T. Dawson
                                         Honorable Robert T. Dawson
                                         United States District Judge